UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Samuel Lee Gore,<br><br>   Plaintiff,<br><br>   v.<br><br>Gavin Newsom,<br><br>   Defendant. | No. 2:21-cv-01189-KJM-DMC<br><br>ORDER |

The court construes the request at ECF No. 19 as a motion for relief from the judgment under Federal Rule of Civil Procedure 60(b). *See Am. Ironworks & Erectors, Inc. v. N. Am. Constr. Corp.*, 248 F.3d 892, 898–99 (9th Cir. 2001) (explaining motions to reconsider filed after timeline under Rule 59(e) are automatically construed as Rule 60(b) motions). The motion, so construed, is denied. Plaintiff has not offered new evidence, identified a change in the controlling law, or shown clear error or manifest injustice. *See* Fed. R. Civ. P. 60(b)(1)–(6); *Am. Ironworks*, 248 F.3d at 899.

   IT IS SO ORDERED.

 DATED: February 25, 2022.

CHIEF UNITED STATES DISTRICT JUDGE

1